An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK ALAN SPADT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61252

**FILED**

FEB 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of battery with the use of a deadly weapon causing substantial bodily harm. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Appellant Mark Alan Spadt claims that the district court abused its discretion at sentencing by denying his request for probation and imposing a prison term. At sentencing, the district court noted that Spadt had previously been convicted of three felonies, one of which involved a crime of violence, and committed the instant violent offense shortly after being released from a 16-year prison term. We conclude that the district court did not abuse its discretion by denying Spadt's request for probation and imposing a prison term of 72-180 months, see NRS 176A.100(1)(c); NRS 200.481(2)(e)(2); Houk v. State, 103 Nev. 659, 664,

SUPREME COURT
OF
NEVADA

(O) 1947A

13-04698

747 P.2d 1376, 1379 (1987), and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                          Cherry

cc:    Hon. Jerome Polaha, District Judge
       Dennis A. Cameron
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk